

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

**(512) 463-1312**

---

Friday, June 17, 2022

Ms. Donna Peavler
Peavler|Briscoe
2215 Westgate Plz
Grapevine, TX 76051-8036
\* DELIVERED VIA E-MAIL \*

Mr. Matthew J. Kita
Attorney at Law
3110 Webb Ave, Ste 150
Dallas, TX 75205
\* DELIVERED VIA E-MAIL \*

RE:    Case Number:  21-0208
        Court of Appeals Number:  05-19-01252-CV
        Trial Court Number:  416-04087-2018

Style:  UNITED SUPERMARKETS, LLC
       v.
       SHERIE MCINTIRE

Dear Counsel:

Today the Supreme Court of Texas issued a per curiam opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    District Clerk Collin County (DELIVERED VIA E-MAIL)
       Mr. Trek C. Doyle (DELIVERED VIA E-MAIL)
       Ms. Lisa Matz (DELIVERED VIA E-MAIL)
       Renee Nguyen (DELIVERED VIA E-MAIL)
       Karl Seelbach (DELIVERED VIA E-MAIL)